IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DUSTIN WILLIAM SLANEY,<br><br>Defendant. | CR 23–36–M–DLC<br><br><br><br>ORDER |

Before the Court is United States Magistrate Judge Kathleen L. DeSoto's Findings & Recommendation Concerning Plea. (Doc. 25.) Because neither party objected, they are not entitled to *de novo* review. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Therefore, the Court reviews the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Defendant Dustin William Slaney is charged with one count of conspiracy to distribute controlled substances, in violation of 21 U.S.C. § 846 (Count 1), one count of possession with intent to distribute controlled substances, in violation of 21 U.S.C. § 841(a)(1) (Count 2), and one count of possession of a firearm in

1

furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 924(c)(1)(A)(i) (Count 3), as set forth in the Indictment.  (Doc. 1.)  Judge DeSoto recommends that this Court accept Slaney's guilty plea as to the portion of Count 2 alleging possession with intent to distribute fentanyl after Slaney appeared before her pursuant to Federal Rule of Criminal Procedure 11.  The Court finds no clear error in Judge DeSoto's Findings and Recommendation and adopts them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

    Accordingly, IT IS ORDERED that Judge DeSoto's Findings and Recommendation (Doc. 25) is ADOPTED in full.

    IT IS FURTHER ORDERED that Slaney's motion to change plea (Doc. 18) is GRANTED.

    IT IS FURTHER ORDERED that Slaney is adjudged guilty as charged in the portion of Count 2 of the Indictment that alleges possession with intent to distribute fentanyl.

    DATED this 8th day of January, 2024.

                                                                        */s/ Dana L. Christensen*
                                                                     Dana L. Christensen, District Judge
                                                                     United States District Court