IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 23–36–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| DUSTIN WILLIAM SLANEY, | |
| Defendant. | |

Before the Court is the United States' Unopposed Motion for Preliminary Order of Forfeiture. (Doc. 28.) Defendant Dustin William Slaney has been adjudged guilty of possession with intent to distribute fentanyl as charged in Count 2 of the Indictment. (Doc. 27.) As such, there is a factual basis and cause to issue an order of forfeiture, pursuant to 21 U.S.C. § 853(a)(1) and (2).

Accordingly, IT IS ORDERED the motion (Doc. 28) is GRANTED.

IT IS FURTHER ORDERED that Slaney's interest in the following property is forfeited to the United States in accordance with 21 U.S.C. § 853(a)(1) and (2):

- Hi Point .45 Caliber Handgun Model JH, S/N: 337068 with Empty Magazine;
- Productions Revolver, Model CDM, .22 Caliber, S/N: 235899;
- Hi Point .45 Caliber Handgun, Model JHP, S/N: X405487 with Empty Magazine;
- Smith & Wesson 9mm Handgun, Model M&P Shield, S/N: LDM4816 with Empty Magazine;
- Sig Sauer 9mm Handgun, Model P-365, S/N: NRA046154 with

- Empty Magazine;
- Mossberg 12 Gauge Shotgun, Model Maverick 88, S/N: MV48570Y; and
- assorted ammunition.

IT IS FURTHER ORDERED that the FBI and/or a designated sub-custodian is directed to seize the property subject to forfeiture and further to make a return as provided by law.

IT IS FURTHER ORDERED that the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General of the United States may direct, pursuant to 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed.

IT IS FURTHER ORDERED that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture, pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), in which all interests will be addressed.

DATED this 10th day of January, 2024.

2

_____
Dana L. Christensen, District Judge
United States District Court