IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DUSTIN WILLIAM SLANEY,<br><br>Defendant. | CR 23–36–M–DLC<br><br><br>ORDER |

Before the Court is the United States' motion for final order of forfeiture. (Doc. 32.)  Having reviewed said motion, the Court finds:

1. The United States commenced this action pursuant to 21 U.S.C. §§ 853(a)(1), (2) and 881(a)(11).

2. A Preliminary Order of Forfeiture was entered on January 10, 2024. (Doc. 30.)

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1).  (Doc. 31.)

4. It appears there is cause to issue a forfeiture order under 21 U.S.C. §§ 853(a)(1), (2) and 881(a)(11).

It is therefore ORDERED, DECREED AND ADJUDGED that:

1

1.  The motion for final order of forfeiture (Doc. 32) is GRANTED.

2.  Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. §§ 853(a)(1), (2) and 881(a)(11), free from the claims of any other party:

    - Hi Point .45 Caliber Handgun Model JH, S/N: 337068 with Empty Magazine;
    - Productions Revolver, Model CDM, .22 Caliber, S/N: 235899;
    - Hi Point .45 Caliber Handgun, Model JHP, S/N: X405487 with Empty Magazine;
    - Smith & Wesson 9mm Handgun, Model M&P Shield, S/N: LDM4816 with Empty Magazine;
    - Sig Sauer 9mm Handgun, Model P-365, S/N: NRA046154 with Empty Magazine; and
    - Mossberg 12 Gauge Shotgun, Model Maverick 88, S/N: MV48570Y.[1]

3.  The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 5th day of April, 2024.

_____
Dana L. Christensen, District Judge
United States District Court

---

[1] The Preliminary Order of Forfeiture (Doc. 30) included a seventh item, assorted ammunition. The United States reports that ammunition was not seized in this case and, therefore, does not need to be forfeited. Accordingly, assorted ammunition has been removed from the forfeiture list in this Final Order of Forfeiture.